1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

JOSE VELASCO,                          )    CV F 04 6540 REC SMS HC
13                                     )
                    Petitioner,        )    ORDER ADOPTING FINDINGS AND
14                                     )    RECOMMENDATION [Doc. #10]
                                       )
15          v.                         )    ORDER GRANTING RESPONDENT'S
                                       )    MOTION TO DISMISS [Doc. #6]
16                                     )
                                       )    ORDER GRANTING PETITIONER'S
17  ROSEANNE CAMPBELL, Warden,         )    REQUEST TO WITHDRAW
                                       )    UNEXHAUSTED CLAIMS
18                  Respondent.        )
     _____ )    ORDER STAYING PETITION

19

20          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21  pursuant to 28 U.S.C. § 2254.

22          On March 2, 2005, the Magistrate Judge issued a Findings and Recommendation that

23  recommended Respondent's motion to dismiss the petition for failure to exhaust be GRANTED,

24  Petitioner's request to withdraw unexhausted claims be GRANTED, and the petition for writ of

25  habeas corpus be STAYED pending exhaustion of state remedies.  This Findings and

26  Recommendation was served on all parties and contained notice that any objections to the Findings

27  and Recommendation were to be filed within thirty (30) days of the date of service of the order.

28  Over thirty (30) days have passed and no party has filed objections.

U.S. District Court
E. D. California          cd                      1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

2    *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

3    and Recommendation is supported by the record and proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1. The Findings and Recommendation issued March 2, 2005, is ADOPTED IN FULL;

6    2. Respondent's motion to dismiss is GRANTED insofar as unexhausted Grounds One, Two,

7    and Four are dismissed;

8    3. Petitioner's request to withdraw unexhausted Grounds One, Two, and Four is GRANTED;

9    4. The petition for writ of habeas corpus is STAYED pending exhaustion of Petitioner's state

10   remedies[1];

11   5. Petitioner is DIRECTED to file a status report[2] within thirty (30) days of the date of

12   service of this order advising the court of the cases that have been filed in state court, the date the

13   cases were filed, and any outcomes;

14   6. Petitioner is DIRECTED to file a new status report every sixty (60) days after filing his

15   initial status report; and

16   7. Petitioner is GRANTED thirty (30) days time following the final order of the state courts

17   in which to file a motion for leave to amend the petition to include the newly exhausted claims.

18

19   IT IS SO ORDERED.

20   **Dated:   April 27, 2005**                           **/s/ Robert E. Coyle**
     668554                                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26   _____

27   [1]Petitioner is advised that the instant stay is being granted solely for the purpose of allowing Petitioner an opportunity to exhaust Grounds One, Two and Four of the original petition.

28   [2]The pleading should be entitled, "Status Report," and should reference the instant case number.