UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE VELASCO, | ) | CV F 04 6540 REC SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING PETITIONER TO |
| | ) | SUBMIT STATUS REPORT |
| v. | ) | |
| | ) | |
| ROSEANNE CAMPBELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 27, 2005, the District Court issued an order staying the petition pending exhaustion of Petitioner's state remedies. Petitioner was directed to file a status report within thirty (30) days of the order and every sixty (60) days thereafter. On May 31, 2005, Petitioner filed a status report. Sixty (60) days have since passed and a current status report is now due.

Accordingly, Petitioner is ORDERED to submit a status report advising the Court of the cases that have been filed in the state courts, the dates of those filings, and any outcomes within fifteen (15) days from the date of service of this order.

1 | Petitioner is forewarned that failure to comply with a Court order will result in appropriate
2 | sanctions, including dismissal of the petition, pursuant to Local Rule 11-110.
3 | IT IS SO ORDERED.
4 | **Dated:     August 19, 2005**                            **/s/ Sandra M. Snyder**
    icido3                                                     UNITED STATES MAGISTRATE JUDGE