# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSE VELASCO,                                    )     1:04-CV-06540 REC SMS HC
                                                 )
                         Petitioner,             )     ORDER VACATING STAY
                                                 )     [Doc. #11]
          v.                                     )
                                                 )     ORDER DIRECTING PETITIONER TO FILE
                                                 )     FIRST AMENDED PETITION FOR WRIT OF
ROSEANNE CAMPBELL, Warden,                       )     HABEAS CORPUS
                                                 )
                         Respondent.             )
_____  )

_____Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

          On April 27, 2005, the District Court issued an order staying the petition pending Petitioner's

return to state court to exhaust his state remedies with respect to his unexhausted claims. On May 22,

2006, Petitioner filed a status report wherein he states the California Supreme Court has issued its

ruling denying his petition for writ of habeas corpus thereby exhausting his claims.

          Accordingly, the Court hereby VACATES the stay imposed on April 27, 2005. Petitioner is

DIRECTED to file a first amended petition within thirty (30) days of the date of service of this order.

Failure to timely comply with this order will result in a recommendation that the petition be

dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:    June 2, 2006**                    _____**/s/ Sandra M. Snyder**_____
icido3                                        UNITED STATES MAGISTRATE JUDGE