# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELASCO, | 1:04-CV-06540 OWW SMS HC |
| Petitioner, | |
| v. | ORDER VACATING JUNE 19, 2006, FINDINGS AND RECOMMENDATION |
| | [Doc. #24] |
| ROSANNE CAMPBELL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 19, 2006, this Court issued a Findings and Recommendation that recommended the dismissal of Subclaim 1-E of Ground One in the First Amended Petition. The Court found that Petitioner had failed to raise this issue in the original petition and was now barred from raising it in the amended petition. On July 10, 2006, Petitioner filed objections in which he states he erroneously failed to include the subclaim in the Table of Contents where he specifies his grounds; however, he states he argued the claim within the petition. The Court has reviewed the petitions and finds Petitioner is correct.

Accordingly, good cause having been presented and good cause appearing therefor, the Court hereby VACATES the Findings and Recommendation of June 19, 2006.

IT IS SO ORDERED.

**Dated:   July 26, 2006**               /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE