UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE VELASCO, | ) | 1:04-CV-6540 LJO SMS HC |
|     Petitioner, | ) ) | |
| v. | ) ) | SECOND ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #36) |
| ROSANNE CAMPBELL, | ) ) | |
|     Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 5, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   March 28, 2007**          **/s/ Sandra M. Snyder**
23ehd0                               UNITED STATES MAGISTRATE JUDGE